**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-26221-RAR**

**JOSUE ALEXANDER RIO CABANILLAS**,

Petitioner,

v.

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)**, *et al*.,

Respondents.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal, [ECF No. 6], filed on September 17, 2026. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED *without prejudice***. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of September, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**